

GOVERNMENT EXHIBIT 4

STATE OF GEORGIA

    OFFICE OF THE CLERK OF SUPERIOR COURT

COUNTY OF BRANTLEY

THIS IS TO CERTIFY, that the attached pages contain a true and correct copy of the ACCUSATION, PLEA FORMS, WARRANT DISMISSALS AND FINAL DISPOSITION in the case of <u>STATE OF GEORGIA VS. KENNETH WILLIAMS</u>, CASE #: 15R-012, which is of record in the Office of the Clerk of Brantley County Superior Court.

WITNESS MY HAND AND OFFICIAL SEAL, THIS THE 13th day of SEPTEMBER, 2018.

                                                        *Anna Lee*
                                                ANNA LEE
                                                **Deputy Clerk, Superior Court**
                                                **Brantley County**

IN THE SUPERIOR COURT OF __Brantley__ COUNTY

STATE OF GEORGIA

**STATE OF GEORGIA**

v.

~~Brandon~~ Kenneth Williams

* ACCUSATION NUMBER __15R-012__

* COUNT 1: __OCGA 16-13-30__

*

### COUNT 1

On behalf of the people of the State of Georgia, the undersigned, as prosecuting attorney for the County and State aforesaid, does hereby charge and accuse ~~Brandon~~ B. Kenneth Williams with the offense of __Sale of Controlled Substance__ For the said accused on or about the __16__ day of __January__, 20__14__, in the County of __Brantley__ did then and there __sell Crystal methamphetamine to an operative of the Brantley County Sheriff's Office for $50__

Contrary to the laws of said State, the good order, peace, and dignity thereof.

Accusation filed in office this __17th__ day of __February__, 20__15__.

_____
GEORGE E. BARNHILL, District Attorney
Waycross Judicial Circuit

__Anna Lee, Deputy__
Clerk of Superior Court

## WITNESSES FOR THE STATE

Craig Pittman           Brantley County Sheriff's Office

_____

The Defendant, ~~Brandon~~ Kenneth B. Williams, on waiving indictment by Grand Jury and formal arraignment, being served a copy of the Accusation and a List of Witnesses and pleads guilty.

This 17 day of February, 2015.

_____          _____
Attorney for Defendant            GEORGE E. BARNHILL, District Attorney

_____
Defendant

IN THE SUPERIOR COURT OF BRANTLEY COUNTY

STATE OF GEORGIA

V.

INDICTMENT # _14R-017 & 15R-012_

_Brandon Kenneth Williams_

### TRANSCRIPT OF DEFENDANT'S PLEA OF GUILTY

Defendant, appearing in Court with counsel, being first duly sworn, makes the following answers to the Court:

1. Are you able to hear and understand my statements and questions?  Answer __Yes__

2. Are you now under the influence of any alcohol, drugs, narcotics, or other pills or medication?  Answer __No__

3. Do you understand that you are charged with the offense(s) of __Poss meth    Sale meth__?  Answer __yes__

4. Have these charges been explained to you and to your satisfaction?  Answer __yes__

5. Do you understand upon your plea of guilty you could be imprisoned for as many as __33__ years?  Answer _____

6. GUILTY PLEA – [OPEN ENDED]: Do you understand that upon your plea of guilty you could be imprisoned for [include, if applicable, mandatory minimum sentence]:

   _____

   Answer _____

   GUILTY PLEA – [NEGOTIATED]: Do you understand that a negotiated plea has been worked out between your attorney and the District Attorney and that, if the Court approves this plea, you will be sentenced to the following [include, if applicable, mandatory minimum sentence]:

   __5 serve 3 credit for time served__  +takes care of all pending cases except poss of fire arm and false name charge

   Answer __yes__

7. Has the District Attorney, or your attorney, or any police officer, law officer, or anyone else, made any promise or threat to you to influence you to plead guilty in this case (except any conversations you may have had with your attorney concerning a negotiated plea)?  Answer __No__

8. Have you had time to talk with and have you talked with your attorney about this case and the plea you are to enter?  Answer __yes__

9. Do you understand that you have the right to plead NOT GUILTY and the right to a trial by jury?  Answer __Yes__

10. Do you understand that you would have the right to have the assistance of an attorney at trial?  Answer __yes__

11. Do you understand that, at trial, you would be presumed innocent, and the State would be required to prove all elements of the crime(s) charged against you beyond a reasonable doubt?  Answer __yes__

12. Do you understand that you would have the right to confront witnesses against you at trial, and to have your attorney cross-examine those witnesses?  Answer __yes__

3. Do you understand that you would have the right to subpoena witnesses to come to trial?   Answer: yes

4. Do you understand that you would have the right to testify, if you chose to, and to offer such other evidence at trial as you and your attorney deem appropriate?   Answer: yes

5. Do you understand that, at trial, you would have the right not to incriminate yourself, and nobody could force you to testify against yourself, and that by pleading NOT GUILTY, or remaining silent and not entering a plea, you would obtain a trial by jury?   Answer: yes

6. Do you understand that by entering a plea of guilty, you waive all of the above-described rights?   Answer: yes

7. Do you understand that, if you are not a citizen of the United States, this plea of guilty may have an impact on your immigration status?   Answer: yes

8. How do you plead to each of these charges, GUILTY or NOT GUILTY?   Answer: Guilty

19. Are you in fact guilty?   Answer: yes

20. Has any one violated any of your constitutional rights?   Answer: No

21. Are you satisfied with the services of your attorney?   Answer: yes

22. Do you now freely, voluntarily and understandingly, authorize and instruct your attorney to enter, on your behalf, a plea of guilty to this (these) offense(s)?   Answer: yes

23. IF PLEA UNDER FIRST OFFENDER ACT: Have you had explained to you and do you fully understand the plea of guilty under the First Offender's Act?   Answer: _____

24. Do you understand that upon your plea of guilty as a First Offender that the Court will withhold its judgment as to guilt and you can be placed on probation up to a period of _____ (months) (years); ordered to pay a fine; make full and complete restitution of all damages; pay court costs; and reimburse the county for any attorney fees, if your attorney is appointed or if you are represented by Public Defender?   Answer: _____

25. Do you understand that you have a right of review for any sentence of twelve (12) years or more by the Sentence Review Panel?   Answer: _____

I HAVE READ OR HEARD ALL OF THE ABOVE QUESTIONS AND I UNDERSTAND THEM. THE ANSWERS SHOWN ARE THE ONES I GAVE IN OPEN COURT. THE ANSWERS ARE TRUE AND CORRECT.

_____
Defendant

Sworn to and subscribed before me this 17th day of February, 20 15.

_____
CLERK, SUPERIOR COURT
Anna Ree, Deputy

IN THE SUPERIOR COURT OF BRANTLEY COUNTY
IN THE STATE OF GEORGIA

| STATE OF GEORGIA | * | INDICTMENT/ACCUSATION #(S): |
|---|---|---|
| VS | * | 14R-017 & 15R-012 |
| Brandon Kenneth Williams | * | |

## ACKNOWLEDGEMENT OF CONDITIONS OF PROBATION

The above-named defendant, being duly sworn, makes the following answers to the Court:

A. Do you understand that, if the Court grants you the privilege of serving all or part of your sentence on probation, the Court will order that you abide by certain conditions during the term of your probationary period?  Answer **yes**

B. Do you understand that you will be ordered by the Court, as general and special conditions of your probation, to abide by the following:

1. Do not violate the criminal laws of any government unit  Answer **yes**
2. Avoid injurious and vicious habits- especially alcoholic intoxication, narcotics and other dangerous drugs unless prescribed lawfully.  Answer **yes**
3. Avoid persons or places of disreputable or harmful character.  Answer **yes**
4. Report to the Probation Officer as directed and permit such Officer to visit him/her at home or elsewhere.  Answer **yes**
5. Work faithfully at suitable employment insofar as may be possible.  Answer **yes**
6. Do not change his/her present adobe, move outside the jurisdiction of the Court, or leave the state for any period of time without prior permission of the Probation Officer.  Answer **yes**
7. Support his/her legal dependants to the best of his/her ability.  Answer **yes**
8. Do not buy, consume or possess any alcoholic beverages, illegal narcotics, illegal drugs or marijuana and do not go to any place where alcoholic beverages, malt beverages, illegal narcotics, illegal drugs or marijuana are sold or dispensed.  Answer **yes**
9. Defendant is directed to attend all alcohol, drug treatment and counseling and pay for all costs involved as directed by Probation Officer.  Answer **yes**
10. Defendant shall submit to a search of his/her person, house, papers and/or effects as those terms of the Fourth Amendment of the United Stated Constitution are defined by the court, any time of the day or night, with or without search warrant whenever requested to do so by a probation officer or any law enforcement officer and shall submit to breath, urine, and/or blood specimen for analysis of the possible presence of a prohibited drug or alcohol when instructed by the Probation Staff or any law enforcement officer and pay all costs involved as directed by the Probation Staff.  Answer **yes**
11. Not to have in his/her possession and kind of firearm or deadly weapon.  Answer **yes**
12. Agree to waive extradition from any jurisdiction where he/she may be found and not contest any effort by any jurisdiction to return him/her to the State of Georgia.  Answer **yes**
13. Defendant is jointly and severally liable for any restitution ordered.  Answer **yes**

C. Do you further understand that if you are ordered to attend an alternative to incarceration, such as Diversion Center, Probation Detention Center, Boot Camp or Intensive Probation, you shall abide by all rules, regulations, and conditions of that alternative to in incarceration?  Answer **yes**

I HAVE READ OR HEARD ALL THE ABOVE CONDITION OF PROBATION AND I UNDERSTAND THEM. THE ANSWERS SHOWN ARE THE ONES I GAVE IN OPEN COURT. THE ANSWERS ARE TRUE AND CORRECT.

Sworn to and subscribed before me.
This 17th day of February, 2015.

_____
China Lee, Deputy
CLERK OF SUPERIOR COURT

_____
DEFENDANT

IN THE SUPERIOR COURT OF **Brantley** COUNTY
IN THE STATE OF GEORGIA

STATE OF GEORGIA

VS

**Brandon Kenneth Williams**

INDICTMENT / ACCUSATION

**14R-017 & 15R-012**

Lera C. Crews
Clerk of Superior Court
Brantley County, Georgia

FEB 17 2015

TIME **12:15** P M

By **Anna Lee** Dep. Clerk

## ORDER OF ADJUDICATION

The undersigned presiding Judge hereby certifies:

I. That the named Defendant was sworn in open court and the questions were asked as set forth in the foregoing transcript, and the answers given thereto by said Defendant are as set forth therein.

II. That the named Defendant, who was represented by an attorney of record, entered a plea of guilty in open court and, being duly sworn, further informed the Court that he/she:

(A) Has been fully advised of the following rights and has a waiver of those rights, to wit:
   (1) the right to trial by jury;
   (2) the presumption of innocence;
   (3) the right to confront witnesses against oneself;
   (4) the right to subpoena witnesses;
   (5) the right to testify and to offer other evidence;
   (6) the right to assistance of counsel during trial;
   (7) the right not to incriminate oneself; and that by pleading not guilty or remaining silent and not entering a plea of guilty, one obtains a jury trial;

(B) Has been informed of the charge(s) pending, and has acknowledged that he/she understands the nature of the charge(s), the maximum penalty on such charges and the mandatory minimum sentence [if applicable];

(C) Has been informed, and has acknowledged, that if he/she is not a citizen of the United States, this plea of guilty may have an impact on his/her immigration status;

(D) Has admitted guilt to the offense(s) charged;

(E) Has entered a guilty plea without undue influence, promises or threats;

(F) Has entered a guilty plea after having had an opportunity to confer with an attorney about the case and the plea that was entered;

(G) Has acknowledged that, upon approval of the plea, a sentence will be rendered in accordance with the negotiated sentence, if applicable, or to any sentence authorized by law;

(H) Has acknowledged satisfaction with the legal services rendered;

(I) Has stated that all the above and foregoing questions were answered truthfully.

The Court acknowledges that a factual basis for the plea has been provided and the Court is satisfied that a factual basis for Defendant's plea of guilty exists. The Court further determines and adjudges that all legal requirements have been satisfied and met in accordance with approval of this guilty plea. The plea by the above-named defendant was freely, knowingly, willingly, understandingly and voluntarily made without influence, compulsion, duress or promise of leniency.

IT IS THEREFORE ORDERED that the plea of guilty be entered on the minutes and that this Transcript of Defendant's Plea of Guilty and Order of Adjudication be filed with the Indictment.

This **17th** day of **February**, 20**15**.

JUDGE, SUPERIOR COURT
WAYCROSS JUDICIAL CIRCUIT

# IN THE SUPERIOR COURT OF BRANTLEY COUNTY
## STATE OF GEORGIA

STATE OF GEORGIA      *    WARRANT #: 14-0202-FW

                                WARRANT #: 14-0214-FW

v.      *

                                         Lera C. Crews
                                    Clerk of Superior Court

BRANDON KENNETH WILLIAMS    *       Brantley County, Georgia

                                        FEB 24 2015

                               TIME _10:30 A_ M

**DISMISSAL**      By _Anna Lee_ Dep. Clerk

For want of sufficient evidence to prosecute and/or for other good cause, the within and foregoing warrant is hereby dismissed as to the above-named defendant.

**REASON FOR DISMISSAL:** Charges were not drawn as part of 15R-012.

This 19th day of February, 2015.

_[signature]_

**Charles E. Watkins**
Assistant District Attorney
Waycross Judicial Circuit

Lera C. Crews
Clerk of Superior Court
Brantley County, Georgia

OCT 0 5 2016

TIME 11:00 A M

Christy [signature] Dep Clerk

## IN THE SUPERIOR COURT OF BRANTLEY COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | * WARRANT #: 14-0316-FW |
| | * WARRANT #: 14-0317-MW |
| v. | * |
| BRANDON KENNETH WILLIAMS | * |

## DISMISSAL

For want of sufficient evidence to prosecute and/or for other good cause, the within and foregoing warrant is hereby dismissed as to the above-named defendant.

**REASON FOR DISMISSAL:**
Pursuant to plea negotiations on 15R-012.

This 3rd day of October, 2016.

_____
S. DeLeigh Poole
Assistant District Attorney
Waycross Judicial Circuit

1. Does this dismissal meet the record restriction criteria to be entered onto GCIC?

    Circle: Yes or **No**       _____ please initial.

2. To admin assist:  If answered yes, date of entry onto GCIC
   _____

## IN THE SUPERIOR COURT OF <u>BRANTLEY</u> COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA**
**VS.**

**KENNETH WILLIAMS**

**CRIMINAL ACTION #:** <u>15R-012</u>

**JANUARY Term of 20 <u>15</u>**

*Clerk to complete if incomplete:*
OTN(s): 88394372032
DOB:
Ga. ID#: 2832699W

**Final Disposition:**
**FELONY with PROBATION**

First Offender entered under ☐ O.C.G.A. § 42-8-60
Conditional Discharge entered under: ☐ O.C.G.A. § 16-13-2
☐ Repeat Offender as Imposed below
☐ Repeat Offender waived

**PLEA:**
☒ Negotiated  ☐ Non-negotiated

**VERDICT:**
☐ Jury  ☒ Non-jury

**The Court enters the following judgment:**

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl, Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent / Consecutive, Merged, or Suspended |
|---|---|---|---|---|---|
| 1 | V.G.C.S.A. [SALE OF METHAMPHETAMINE] | GUILTY | 5 YRS | $1,500.00 | concurrent with 14R-017 |
|  |  |  |  | $ |  |
|  |  |  |  | $ |  |
|  |  |  |  | $ |  |

The Defendant is adjudged guilty or sentenced under First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced for a total of <u>5 YEARS</u>, ☒ with the first <u>3</u> to be served in confinement and the remainder to be served on probation; or ☐ to be served on probation.
The Defendant is to receive credit for time served in custody: ☒ from <u>03-19-14 to 09-06-14 and from 11-12-14</u>; or ☐ as determined by the custodian.

☐ 1. The above sentence may be served on probation provided the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☒ 2. Upon service of <u>3 YEARS</u>, the remainder of the sentence may be served on probation; PROVIDED, that the Defendant shall comply with the Conditions of Probation imposed by the Court as part of this sentence.

☐ 3. The Court sentences the Defendant as a recidivist under O.C.G.A.:
☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); or ☐ § _____.

Filed in office this <u>16th</u> day of <u>March</u>, 20<u>15</u>    _Anna Lee_, ☐ Clerk ☐ Deputy Clerk

Page 1 of 5    P.O. Initial _LA_  Defendant Initial _KW_

\* Sentenced 2-17-15

## GENERAL CONDITIONS OF PROBATION

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation:

1. Do not violate the criminal laws of any governmental unit and be of general good behavior.
2. Avoid injurious and vicious habits.
3. Avoid persons or places of disreputable or harmful character.
4. Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere.
5. Work faithfully at suitable employment insofar as may be possible.
6. Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State.
7. Support your legal dependents to the best of your ability.
8. When directed, in the discretion of the Probation Officer:
   (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming;
   (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems;
   (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or
   (d) agree to the imposition of graduated sanctions as defined by law.
9. Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1. The Court orders that:
   - [X] the Defendant shall pay the probation supervision fee as required by law; or
   - [ ] the probation supervision fee is waived.
2. If counsel was provided under the Georgia Indigent Defense Act:
   - [ ] the Defendant shall pay the $50 Public Defender Application Fee; or
   - [ ] the Public Defender Application Fee is waived.   [X] Counsel was employed
3. If counsel was provided at public expense:
   - [ ] the Defendant shall pay attorney's fees of $_____ to _____ County; or
   - [ ] attorney's fees are waived.   [X] Counsel was employed.
4. The Defendant shall pay the Crime Lab Fee as required by law.

## [X]   SPECIAL CONDITIONS OF PROBATION

Pursuant to the provision of O.C.G.A. §§ 42-8-34.1, and 42-8-34.1 (e); The Defendant is advised that violation of any Special Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: [ ] as designated on the attached Inventory of Special Conditions of Probation; or [X] as follows:

SC 10: **Fourth Amendment waiver.** The Defendant shall submit to a search of person, residence, papers, vehicle, and/or effects at any time of day or night without a search warrant, whenever requested to do so by a Probation Officer or other law enforcement officer upon reasonable cause to believe that the Defendant is in violation of probation or otherwise acting in violation of the law, and the Defendant shall specifically consent to the use of anything seized as evidence in any judicial proceedings or trial.

State of Georgia v. Kenneth Williams
Criminal Action # 15R-012
SC-6.2 Final Disposition Felony Sentence With Probation
Page 2 of 5                                                                   PO initial _JH_    Defendant initial _KW_

SC 11: **Specimen; admissibility.** The Defendant shall produce from time to time upon oral or written request by a Probation Officer, a law enforcement officer, or official of a Georgia DHS-approved substance abuse or mental health provider personnel a breath, saliva, urine and/or blood specimen for analysis for the presence of drugs including alcohol. ☒The Defendant shall waive evidentiary foundation for admissibility of the laboratory results.

SC 15: **Records release.** The Defendant shall provide a release which allows the Probation Office to have access to all medical, clinical, treatment, attendance or work records, and for driving and criminal history.

SC 16: **Evaluation and treatment.** The Defendant shall provide verification of evaluation and/or treatment for: ☐ mental health ☒ substance abuse ☐ clinical evaluation ☐ anger management ☐ cognitive skills training ☐ educational training or ☐_____ at a State- or Court-approved provider at his/her own expense, and shall cooperate and comply with all rules and regulations of the treatment or program, including any aftercare deemed necessary.

SC 19: **Curfew.** The Defendant shall abide by any curfew established by the Probation Officer.

SC 25: **DNA sample.** The Defendant has been convicted of a felony offense. In accordance with O.C.G.A. § 35-3-160, the Defendant shall provide a DNA sample.

SC 32: **Avoid alcohol, drug use.** The Defendant shall: ☒ not consume alcoholic beverages, and not use narcotics or dangerous drugs unless lawfully prescribed ☒ not associate with anyone who uses or possesses illegal drugs ☒ not occupy any residence or vehicle where alcohol or illegal drugs are present ☒ not consume alcohol and operate a motor vehicle ☒ not go to establishments that serve alcohol. ☒ not buy, consume or possess any alcoholic beverages, illegal narcotics, illegal drugs or marijuana and do not go to any place where alcoholic beverages, malt beverages, illegal narcotics, illegal drugs or marijuana are sold or dispensed.

**Other special condition(s).** The Defendant shall abide by the following additional special condition(s):

☒ The defendant is not to have in his(her) possession any kind of **firearms, ammunition or any other deadly weapon.**

☒ The defendant shall submit all prescriptions to the Probation Officer prior to having prescription filled.

☐ **FIRST OFFENDER OR CONDITIONAL DISCHARGE**
(If designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction for another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

Upon fulfillment of the terms of this sentence, or upon release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

*Court's Use:*

State of Georgia v. Kenneth Williams
Criminal Action # 15R-012
SC-6.2 Final Disposition Felony Sentence With Probation
Page 3 of 5                                     PO initial _____  Defendant initial _____

For Court's Use:

The Hon. __Joseph E. East__, Attorney at Law, represented the Defendant by:
☒ employment; or ☐ appointment ☐ Public Defender.

SO ORDERED this __17th__ day of __February__, 20__15__.

_____
Judge of Superior Court
Waycross Judicial Circuit

Jeffrey H. Kight
(print or stamp Judge's name)

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation could result in revocation of all time remaining on the period of probation.

_____  3-5-15
, Defendant                      Date

**Certificate of Service:** This is to certify and acknowledge that a true and correct copy of this sentence has been delivered in person to the defendant and he/she has been duly instructed regarding the conditions as set forth.

_____ 3-5-2015        _____ 3-5-15
Probation Officer        Date            Defendant            Date

State of Georgia v. KENNETH WILLIAMS
Criminal Action # 15R-012
SC-6.2 Final Disposition Felony Sentence With Probation
Page 4 of 5                                PO initial ___  Defendant initial KW

**ADDENDUM TO SENTENCE SHEET REFLECTING SURCHARGES, ADD-ONS, AND FEES REQUIRED BY LAW**

It is further ordered that the defendant pay:

|  | Count 1 | Count | Count | Count | Count | Count |
|---|---|---|---|---|---|---|
| COURT COST | $100.00 | $ | $ | $ | $ | $ |
| FINE | $1500.00 | $ | $ | $ | $ | $ |
| POPIDF – A / POPTF FUND [10% of Fine + CC up to max of $50] | $50.00 | $ | $ | $ | $ | $ |
| POPIDF – B FUND [10%] | $160.00 | $ | $ | $ | $ | $ |
| JAIL FEE [10%] | $160.00 | $ | $ | $ | $ | $ |
| DUI SURCHARGE [10% TO $26 MAX | $ | $ | $ | $ | $ | $ |
| DATE SURCHARGE [50%] | $800.00 | $ | $ | $ | $ | $ |
| CRIME VICTIM ASSISTANCE [5%] | $80.00 | $ | $ | $ | $ | $ |
| LAW LIBRARY | $ | $ | $ | $ | $ | $ |
| BSIT FUND [10%] DUI'S ONLY | $ | $ | $ | $ | $ | $ |
| DETF [5%] JOSHUA's LAW | $ | $ | $ | $ | $ | $ |
| TOTAL: COURT COSTS AND FINES | $2850.00 | $ | $ | $ | $ | $ |
| PLUS CRIME LAB FEE | $50.00 | $ | $ | $ | $ | $ |
| TRANSPORTATION COSTS | $ | $ | $ | $ | $ | $ |
| ATTORNEY'S FEE | $ | $ | $ | $ | $ | $ |
| OTHER: | $ | $ | $ | $ | $ | $ |
| **TOTAL TO CLERK OF COURT:** | $2900.00 | $ | $ | $ | $ | $ |
| RESTITUTION*: | $ | $ | $ | $ | $ | $ |

and a **PROBATION FEE** of **23.00** and **$9.00 G.C.V.E.F.** per month beginning IMMEDIATELY UPON RELEASE FROM INCARCERATION. This to be paid in the manner directed by Probation Officer.

* RESTITUTION TO BE PAID TO _____

State of Georgia v. Kenneth Williams
Criminal Action # 15R-012
SC-6.2  Final Disposition Felony Sentence With Probation
Page 5 of 5

PO initial _AH_   Defendant initial _KW_