# CERTIFICATION



I, THOMAS W. SAULS, CLERK OF SUPERIOR COURT OF PIERCE COUNTY, GEORGIA, DO HEREBY CERTIFY THE FOREGOING TO BE THE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS FILED IN THIS OFFICE AS SHOWN BY FILING ENTRY FOR THE CASE OF STATE OF GEORGIA V. KENNETH B. WILLIAMS CASE NUMBER 08-3205-CF

THIS 17TH DAY OF AUGUST 2018

_____
CLERK OF SUPERIOR COURT       912-449-2020
PIERCE COUNTY

IN THE SUPERIOR COURT OF **Pierce** COUNTY

STATE OF GEORGIA

STATE OF GEORGIA § ACCUSATION NUMBER **08-3205-CF**

V.

§ COUNT 1: **Manufacturing Marijuana.**

**Kenneth B. Williams** §

### COUNT ONE

On behalf of the people of the State of Georgia, the undersigned, as prosecuting attorney for the County and State aforesaid, does hereby charge and accuse **Kenneth B. Williams** with the offense of **Manufacturing Marijuana**, For the said accused on the **9th** day of **July**, 20**07**, in the County aforesaid, did then and there unlawfully **manufacture marijuana, in violation of the Georgia Controlled Substance Act. The said accused did unlawfully manufacture 8 marijuana plants.**

in violation of O.C.G.A. § **16-13-30**, Contrary to the laws of said State, the good order, peace, and dignity thereof.

WARRANT NUMBER: **08-323FW**

IN THE SUPERIOR COURT OF **Pierce** COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | § ACCUSATION NUMBER **08-3205-CF** |
| V. | § COUNT 1: **Manufacturing Marijuana** |
| **Kenneth B. Williams** § | |

*************************************************************************

The Defendant, on waiving Indictment by Grand Jury and formal arraignment, being served a copy of the Accusation and a List of Witnesses and pleads guilty.

This **25th** day of **July**, 20**08**.

_____          _____
Attorney for Defendant                                    RICHARD E. CURRIE, District Attorney
                                                                          Waycross Judicial Circuit

_____
Defendant

*************************************************************************

**WITNESSES FOR THE STATE:**

Ramsey Bennett Det.

_____

_____          Accusation filed in office this _____ day of
                                                                          _____, 20_____.


                                                                          _____
                                                                          CLERK
                                                                          Superior Court of _____ County

IN THE SUPERIOR COURT OF PIERCE COUNTY
IN THE STATE OF GEORGIA

| STATE OF GEORGIA | * | INDICTMENT / ACCUSATION |
| --- | --- | --- |
| VS | * | 08-3205 |
| Kenneth Brandon Williams | * | Warrant # 08-323FW |

## TRANSCRIPTION OF DEFENDANT'S PLEA OF GUILTY

The defendant, appearing in Court with counsel, being duly sworn, makes the following answers to the Court:

1. Are you able to hear and understand my statements and questions? — Answer: **yes**
2. Are you now under the influence of any alcohol, drugs, narcotics or other pills or medication? — Answer: **no**
3. Do you understand that you are charged with the offense(s) of **VGCSA-Manufacturing marijuana** — Answer: **yes**
4. Have these charges been explained to you and to your satisfaction? — Answer: **yes**
5. Do you understand upon your plea of guilty you could be imprisoned for as many as **10** years? — Answer: **yes**
6. GUILTY PLEA — (OPEN ENDED): Do you understand that upon your plea of guilty you could be imprisoned for (include, if applicable, mandatory minimum sentence): **n/a** — Answer: **n/a**

   GUILTY PLEA — (NEGOTIATED): Do you understand that a negotiated plea has been worked out between your attorney and the District Attorney and that, if the Court approves this plea, you will be sentenced to the following (include, if applicable, mandatory minimum sentence): **5 yrs. to serve, conc. with current sentence in Barrow Co Ga.** — Answer: **yes**

7. Has the District Attorney, or your attorney, or any police officer, law officer, or anyone else, made any promise or threat to you to influence you to plead guilty in this case (except any conversations you may have had with your attorney concerning a negotiated plea)? — Answer: **no**
8. Have you had time to talk with and have you talked with your attorney about this case and the plea you are to enter? — Answer: **yes**
9. Do you understand that you have the right to plead NOT GUILTY and the right to a trial by jury? — Answer: **yes**
10. Do you understand that you would have the right to have the assistance of an attorney at trial? — Answer: **yes**
11. Do you understand that, at trial, you would be presumed innocent, and the State would be required to prove all elements of the crime(s) charged against you beyond a reasonable doubt? — Answer: **yes**
12. Do you understand that you would have the right to confront witnesses against you at trial, and to have your attorney cross-examine those witnesses? — Answer: **yes**
13. Do you understand that you would have the right to subpoena witnesses to come to trial? — Answer: **yes**
14. Do you understand that you would have the right to testify, if you chose to, and to offer such other evidence at trial, as you and your attorney deem appropriate? — Answer: **yes**
15. Do you understand that, at trial, you would have the right not to incriminate yourself, and nobody could force you to testify against yourself, and that by pleading NOT GUILTY, or remaining silent and not entering a plea, you would obtain a trial by jury? — Answer: **yes**
16. Do you understand that by entering a plea of guilty, you waive all of the above-described rights? — Answer: **yes**
17. Do you understand that, if you are not a citizen of the United States, this plea of guilty may have an impact on your immigration status? — Answer: **citizen**
18. How do you plead to each of these charges, GUILTY or NOT GUILTY? — Answer: **Guilty**
19. Are you in fact guilty? — Answer: **yes**
20. Has any one violated any of your constitutional rights? — Answer: **no**
21. Are you satisfied with the services of your attorney? — Answer: **yes**
22. Do you now freely, voluntarily and understandingly, authorize and instruct your attorney to enter, on your behalf, a plea of guilty to this (these) offense(s)? — Answer: **yes**
23. IF PLEA UNDER FIRST OFFENDER ACT: Have you had explained to you and do you fully understand the plea of guilty under the First Offender's Act? — Answer: —
24. Do you understand that upon your plea of guilty as a First Offender that the Court will withhold its judgment as to guilt and you can be placed on probation up to a period of _____ (months) (years); ordered to pay a fine; make full and complete restitution of all damages; pay court costs; and reimburse the county for any attorney fees, if your attorney is appointed or if you are represented by Public Defender? — Answer: —

I HAVE READ OR HEARD ALL OF THE ABOVE QUESTIONS AND I UNDERSTAND THEM. THE ANSWERS SHOWN ARE THE ONES I GAVE IN OPEN COURT. THE ANSWERS ARE TRUE AND CORRECT.

Sworn to and subscribed before me, this **25** day of **Jug**, 20 **08**.

_Kenneth Williams_
Defendant

08/02/07

IN THE SUPERIOR COURT OF PIERCE COUNTY
IN THE STATE OF GEORGIA

STATE OF GEORGIA        *     INDICTMENT / ACCUSATION

VS        *     08-3205

Kenneth Brandon Williams    *

## ORDER OF ADJUDICATION

The undersigned presiding Judge hereby certifies:

I. That the named Defendant was sworn in open court and the questions were asked as set forth in the foregoing transcript, and the answers given thereto by said Defendant are as set forth therein.

II. That the named Defendant, who was represented by an attorney of record, entered a plea of guilty in open court and, being duly sworn, further informed the Court that he/she:

(A) Has been fully advised of the following rights and has a waiver of those rights, to wit:
    (1) the right to trial by jury;
    (2) the presumption of innocence;
    (3) the right to confront witnesses against oneself;
    (4) the right to subpoena witnesses;
    (5) the right to testify and to offer other evidence;
    (6) the right to assistance of counsel during trial;
    (7) the right not to incriminate oneself; and that by pleading not guilty or remaining silent and not entering a plea of guilty, one obtains a jury trial;

(B) Has been informed of the charge(s) pending, and has acknowledged that he/she understands the nature of the charge(s), the maximum penalty on such charges and the mandatory minimum sentence [if applicable];

(C) Has been informed, and has acknowledged, that if he/she is not a citizen of the United States, this plea of guilty may have an impact on his/her immigration status;

(D) Has admitted guilt to the offense(s) charged;

(E) Has entered a guilty plea without undue influence, promises or threats;

(F) Has entered a guilty plea after having had an opportunity to confer with an attorney about the case and the plea that was entered;

(G) Has acknowledged that, upon approval of the plea, a sentence will be rendered in accordance with the negotiated sentence, if applicable, or to any sentence authorized by law;

(H) Has acknowledged satisfaction with the legal services rendered;

(I) Has stated that all the above and foregoing questions were answered truthfully.

The Court acknowledges that a factual basis for the plea has been provided and the Court is satisfied that a factual basis for Defendant's plea of guilty exists. The Court further determines and adjudges that all legal requirements have been satisfied and met in accordance with approval of this guilty plea. The plea by the above-named defendant was freely, knowingly, willingly, understandingly and voluntarily made without influence, compulsion, duress or promise of leniency.

IT IS THEREFORE ORDERED that the plea of guilty be entered on the minutes and that this Transcript of Defendant's Plea of Guilty and Order of Adjudication be filed with the indictment.

This _25_ day of _July_, 20_08_.

_____
JUDGE, SUPERIOR COURT
WAYCROSS JUDICIAL CIRCUIT

OTN:88364924406

## IN THE SUPERIOR COURT OF <u>PIERCE</u> COUNTY, GEORGIA     FINAL DISPOSITION

THE STATE

CRIMINAL ACTION NO. <u>08-3205-CF</u>

OFFENSE(S) <u>CT.1) MANUFACTURING MARIJUANA</u>

VS.

**KENNETH BRANDON WILLIAMS**

**MAY TERM, 2008**

☒ **PLEA:**
- ☐ NEGOTIATED ON
- ☒ GUILTY ON COUNT(S) 1
- ☐ NOLO CONTENDERE ON COUNT(S)_____
- ☐ TO LESSER INCLUDED OFFENSE(S)_____ ON COUNT(S)_____

☐ **VERDICT:**
- ☐ JURY
- ☒ NON JURY
- ☐ GUILTY ON COUNT(S)_____
- ☐ NOT GUILTY ON COUNT(S)_____
- ☐ GUILTY OF INCLUDED OFFENSE(S) OF _____ ON COUNT(S)_____

☐ **OTHER DISPOSITION:**
- ☐ NOLLE PROSEQUI ORDER ON COUNT(S)_____
- ☐ DEAD DOCKET ORDER ON COUNT(S)_____
- ☐ Other _____

☐ DEFENDANT WAS ADVISED OF HIS/HER RIGHT TO HAVE THIS SENTENCE REVIEWED BY THE SUPERIOR COURT REVIEW PANEL.

☒ **FELONY SENTENCE**            ☐ **MISDEMEANOR SENTENCE**

WHEREAS, the above named defendant has been found guilty of the above-stated offense, WHEREUPON, it is ordered and adjudged by the Court that: the said defendant is hereby sentenced to confinement for a period of <u>FIVE YEARS</u> in the State Penal System or such other institution as the Commission of the Georgia Department of Corrections may direct, to be computed as provided by law.

HOWEVER, IT IS FURTHER ORDERED BY THE COURT:
- ☐ 1) THAT the above sentence may be served on probation.
- ☐ 2) THAT upon service of _____ of the above sentence, the remainder of _____ may be served on probation **PROVIDED** that the said defendant complies with the following general and other conditions herein imposed by the Court as a part of this sentence.

☐ **GENERAL CONDITIONS OF PROBATION**

The defendant, having been granted the privilege of serving all or part of the above-stated sentence on probation, hereby is sentenced to the following general conditions of probation:
- ☐ 1) Do not violate the criminal laws of any governmental unit.
- ☐ 2) Avoid injurious and vicious habits - especially alcoholic intoxication and narcotics and other dangerous drugs unless prescribed lawfully.
- ☐ 3) Avoid persons or places of disreputable or harmful character.
- ☐ 4) Report to the Probation Officer as directed and permit such Officer to visit him(her) at home or elsewhere.
- ☐ 5) Work faithfully at suitable employment insofar as may be possible.
- ☐ 6) Do not change his(her) present place of abode, move outside the jurisdiction of the Court, or leave the state for any period of time without prior permission of the Probation Officer.
- ☐ 7) Support his (her) legal dependants to the best of his(her) ability.
- ☐ 8) Do not buy, consume or possess any alcoholic beverages, illegal narcotics, illegal drugs or marijuana and do not go to any place where alcoholic beverages, malt beverages, illegal narcotics, illegal drugs or marijuana are sold or dispensed.
- ☐ 9) Defendant is directed to attend all alcohol, drug training and counseling and pay for all costs involved as directed by Probation Officer.
- ☐ 10) Defendant shall submit to a search of his(her) person, houses, papers and/or effects as those terms of the fourth amendment of the United States Constitution are defined by the court, any time of the day or night, with or without a search warrant whenever requested to do so by a probation officer or any law enforcement officer and shall submit to breath, urine and /or blood specimen for analysis of the possible presence of a prohibited drug or alcohol when instructed by the Probation Staff or any law enforcement officer and pay for all costs involved as directed by Probation Staff.
- ☐ 11) Not to have in his(her) possession any kind of firearms or deadly weapon.
- ☐ 12) Agree to waive extradition from any jurisdiction where he(she) may be found and not contest any effort by any jurisdiction to return him/her to the State of Georgia.
- ☐ 13) Defendant is jointly and severally liable for any restitution ordered.

☐ **SPECIAL CONDITIONS OF PROBATION**

*****SAID DEFENDANT IS TO SERVE FIVE YEARS IN PRISON AND THIS SENTENCE IS TO RUN CONCURRENT WITH ANY REVOCATION WITH BARROW COUNTY.*****

FILED IN OFFICE, THIS <u>6th</u> DAY OF <u>August</u>, 2008   <u>Melissa A Howard</u> DEPUTY CLERK

Minute book 23A
pg 343-344



IN THE SUPERIOR COURT OF PIERCE COUNTY, GEORGIA

STATE VS. KENNETH BRANDON WILLIAMS          CASE NO. 08-3205-CF PAGE 2

## OTHER CONDITIONS OF PROBATION

| It is further ordered that the defendant pay: | COUNT 1 | COUNT 2 | COUNT 3 | COUNT 4 | COUNT 5 |
|---|---|---|---|---|---|
| FINE | ___ | ___ | ___ | ___ | ___ |
| COURT COSTS | ___ | ___ | ___ | ___ | ___ |
| POPTF Surcharge (10% of fine+CC up to $50) | ___ | ___ | ___ | ___ | ___ |
| COUNTY JAIL FUND (10% of fine+CC) | ___ | ___ | ___ | ___ | ___ |
| DUI Victim=s Surcharge (10% of fine+CC up to $25) | ___ | ___ | ___ | ___ | ___ |
| DUI Spinal Injury Fund (10% of fine & CC) | ___ | ___ | ___ | ___ | ___ |
| COUNTY DRUG FUND (50% of fine+CC) | ___ | ___ | ___ | ___ | ___ |
| LVAPF Surcharge (5% of fine+CC) | ___ | ___ | ___ | ___ | ___ |
| ONE TIME FEE ($50 felony/ $25 misdemeanor) | ___ | ___ | ___ | ___ | ___ |
| LAW LIBRARY FEE | ___ | ___ | ___ | ___ | ___ |
| ATTORNEY FEES | ___ | ___ | ___ | ___ | ___ |
| *RESTITUTION | ___ | ___ | ___ | ___ | ___ |
| TRANSPORTATION COST | ___ | ___ | ___ | ___ | ___ |
| **DRUG ENFORCEMENT FUND | ___ | ___ | ___ | ___ | ___ |
| OTHER | ___ | ___ | ___ | ___ | ___ |
| TOTAL TO CLERK: | ___ | ___ | ___ | ___ | ___ |

THIS TO BE PAID IN MANNER AS DIRECTED BY PROBATION OFFICER. THE DEFENDANT IS ALSO ORDERED TO PAY A PROBATION FEE OF ____ PER MONTH BEGINNING ____. THIS TO BE PAID IN MANNER DIRECTED BY PROBATION OFFICER.

*RESTITUTION TO BE PAID TO ____
IT IS THE FURTHER ORDER OF THE COURT AND THE DEFENDANT IS HEREBY ADVISED THAT THE COURT MAY AT ANY TIME REVOKE ANY CONDITIONS OF THIS PROBATION AND/OR DISCHARGE THE DEFENDANT FROM PROBATION. THE PROBATIONER SHALL BE SUBJECT TO ARREST FOR VIOLATIONS OF ANY CONDITION OF PROBATION HEREIN GRANTED. IF SUCH PROBATION IS REVOKED, THE COURT MAY ORDER THE EXECUTION OF THE SENTENCE WHICH IS ORIGINALLY IMPOSED OR ANY PORTION THEREOF IN THE MANNER PROVIDED BY LAW AFTER DEDUCTION THEREFROM THE AMOUNT OF TIME THE DEFENDANT HAS SERVED ON PROBATION.

THE DEFENDANT WAS REPRESENTED BY THE HONORABLE ____ ATTORNEY AT LAW ____ COUNTY, BY APPOINTMENT.

So Ordered this 25TH Day of JULY, 2008          _Michael P. Boggs_
                                                MICHAEL P. BOGGS  Superior Court Judge, PIERCE County

CERTIFICATE OF SERVICE: THIS IS TO CERTIFY AND ACKNOWLEDGE THAT A TRUE AND CORRECT COPY OF THIS SENTENCE HAS BEEN DELIVERED IN PERSON TO THE DEFENDANT AND HE/SHE HAS BEEN DULY INSTRUCTED REGARDING THE CONDITIONS AS SET FORTH.

This ____ Day of ____, 200____

PROBATION OFFICER                                                    DEFENDANT

White - Clerk     Copy - District Attorney     Copy - Probation Office     Copy - Defendant

